# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0422−1 | User: | Date Created: 5/31/2023 |
| Case: 23−01026−BFK | Form ID: B250 | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty     Michael Jacob Owen Sandler     sandlerlaw@yahoo.com

                                                TOTAL: 1